\_\_\_\_\_ FILED  \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED  \_\_\_\_\_ RECEIVED

SEP 25 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN L MARTINEZ,

    Plaintiff,

v.

SNOHOMISH COUNTY JAIL, et al.,

    Defendants.

Case No. C14-1107 JLR-BAT

**ORDER OF DISMISSAL**

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record. The Court finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**.

2. The Court **GRANTS** plaintiff's motion to voluntarily dismiss his 42 U.S.C. § 1983 action (Dkt. 8). This action is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk shall send a copy of this Order to the parties and to the Honorable Brian A. Tsuchida.

DATED this 25th day of Sept., 2014.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1